Frank A. Silane (State Bar No.: 90940)
Richard A. Lazenby (State Bar No.: 202105)
Julia K. Doyle (State Bar No.: 245020)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
E-mail: fsilane@condonlaw.com
E-mail: rlazenby@condonlaw.com
E-mail: jdoyle@condonlaw.com

Attorneys for Defendant
AIR INDIA LIMITED

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMADIA AZIZ, an individual CAWA AZIZ, an individual, NABAZ AZIZ, an individual, NEYAZ AZIZ, an individual, and SCALLA AZIZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR INDIA LIMITED, dba AIR INDIA, an India State owned corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. EDCV08-0838 SGL (PLAx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on September 21, 2009, Hon. Stephen G. Larson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits.

Dated: October 28, 2009

*S.G. Larson*

Honorable Stephen G. Larson
United States District Judge

---

[PROPOSED] JUDGMENT
CASE NO. EDCV08-0838 SGL (PLAx)

7395V.1